**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Andre J.W. Queen, Sr.** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | **13 C 3483** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Amy St. Eve** |
| | ) | |
| **Anita Alvarez, in her official capacity** | ) | **Magistrate Judge** |
| **as State's Attorney of Cook County,** | ) | **Mary Rowland** |
| **and Robert Berlin, in his official** | ) | |
| **capacity as State's Attorney of** | ) | |
| **DuPage County,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>NOTICE OF FILING</u>

TO:    Charles J. Cooper               David Henry Thompson
        Cooper & Kirk, PLLC         Cooper & Kirk, PLLC
        1523 New Hampshire Ave.    1523 New Hampshire Ave.
        Washington, D.C. 20036     Washington, D.C. 20036

        Nicole J. Moss                Peter A. Patterson
        Cooper & Kirk, PLLC         Cooper & Kirk, PLLC
        1523 New Hampshire Ave.    1523 New Hampshire Ave.
        Washington, D.C. 20036     Washington, D.C. 20036

        William Howard
        Locke Lord LLP
        111 South Wacker Drive
        Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on **May 29, 2013**, I caused to be filed with Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Defendants' Motion to Dismiss Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief*, a copy of each of which is attached served upon you.

                        **ANITA ALVAREZ**
                        State's Attorney of Cook County
            By:    /s/ Sisavanh B. Baker

Sisavanh B. Baker
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-7998
Atty. No. 6273731

## **CERTFICATE OF SERVICE**

The undersigned attorney, on oath, certifies that on May 29, 2013, she served the foregoing Notice and document(s) referenced therein by electronic delivery to all parties that have consented to same to each of the following persons in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.


By:     /s/ Sisavanh B. Baker_____