**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Andre J.W. Queen, Sr.** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | 13 C 3483 |
| | ) | |
| v. | ) | |
| | ) | Judge Amy St. Eve |
| | ) | |
| **Anita Alvarez, in her official capacity** | ) | **Magistrate Judge** |
| **as State's Attorney of Cook County,** | ) | **Mary Rowland** |
| **and Robert Berlin, in his official** | ) | |
| **capacity as State's Attorney of** | ) | |
| **DuPage County,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:    Attorney List

PLEASE TAKE NOTICE that on **June 11, 2013**, at **8:30 a.m.**, I shall appear before the Honorable Amy J. St. Eve in the Courtroom usually occupied by him in Room 1238 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants' Motion to Dismiss Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief*, a copy of each of which is attached served upon you.

                              **ANITA ALVAREZ**
                              State's Attorney of Cook County

                    By:    /s/ Sisavanh B. Baker_____

Sisavanh B. Baker
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois  60602
(312) 603-7998
Atty. No. 6273731

## **CERTFICATE OF SERVICE**

      The undersigned attorney, on oath, certifies that on May 29, 2013, she served the foregoing Notice and document(s) referenced therein by electronic delivery to all parties that have consented to same to each of the following persons in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

                                                  By:    /s/ Sisavanh B. Baker_____

Attorney List- Queen et al v. Alvarez et al, 13 c 03483

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Ave.
Washington, D.C. 20036

David Henry Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Ave.
Washington, D.C. 20036

Nicole J. Moss
Cooper & Kirk, PLLC
1523 New Hampshire Ave.
Washington, D.C. 20036

Peter A. Patterson
Cooper & Kirk, PLLC
1523 New Hampshire Ave.
Washington, D.C. 20036

William Howard
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606

Gregory Vaci
DuPage County State's Attorney's Office
503 N. County Farm Road
Wheaton, Illinois 60187